**NOT DESIGNATED FOR PUBLICATION**

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 03-1113

**KEISHA CRAWFORD**

**VERSUS**

**CALCASIEU PARISH POLICE JURY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 99-5326,
HONORABLE DAVID PAINTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Frederick L. Cappel**
**Raggio, Cappel, Chozen & Berniard**
**P. O. Box 820**
**Lake Charles, LA 70602**
**(337) 436-9481**
**Counsel for Defendant/Appellee:**
 **Calcasieu Parish Police Jury**

**Mark A. Delphin**
**Delphin Law Firm**
**626 Broad St.**
**Lake Charles, LA 70601**

**(337) 439-3939**
**Counsel for Plaintiff/Appellant:**
     **Keisha Crawford**

**Eulis Simien, Jr.**
**Simien & Simien**
**8923 Bluebonnett Blvd., Suite 200**
**Baton Rouge, LA 70810**
**(225) 769-8422**
**Counsel for Plaintiff/Appellant:**
     **Keisha Crawford**